UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| KEVIN MORRIS | CIVIL ACTION NO. 17-0717 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| GLEN EDWARDS, ET AL. | MAGISTRATE JUDGE HAYES |

**ORDER**

For the reasons assigned in the Supplemental Report and Recommendation of the Magistrate Judge (Record Document 10) previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's Motion/Request for Affirmative Injunction or Mandatory Injunction (Record Document 8) be **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 13th day of September, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE