**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| KEVIN MORRIS | CIVIL ACTION NO. 17-0717 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| GLEN EDWARDS, ET AL. | MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge (Record Document 9) previously filed herein, and having thoroughly reviewed the record, including the written objections (Record Document 11) filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief may be granted pursuant to the provisions of 28 U.S.C. §1915.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 13th day of September, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE